**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

In the Matter of the Care and Treatment of Ronald Owen, Appellant.

Appellate Case No. 2015-001955

---

Appeal From Newberry County
Donald B. Hocker, Circuit Court Judge

---

Unpublished Opinion No. 2017-UP-184
Submitted April 1, 2017 – Filed May 3, 2017

---

**AFFIRMED**

---

Charles Thomas Brooks, III, of Law Office of Charles T. Brooks, III, of Sumter, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 44-48-110 (Supp. 2016) ("If the court determines that probable cause exists to believe that the person's mental abnormality or personality disorder has so changed that the person is safe to be at large and, if released, is not likely to commit acts of sexual violence, the court must schedule a trial on the issue."); *In re Care & Treatment of Tucker*, 353 S.C. 466, 470, 578 S.E.2d 719, 722 (2003) ("In a [section] 44-48-110 probable cause hearing, the

committed person has the burden of showing the hearing court that probable cause exists to believe that his mental condition has so changed that he is safe to be released."); *id.* at 470, 578 S.E.2d at 721 ("On review, the appellate court will not disturb the hearing court's finding on probable cause unless found to be without evidence that reasonably supports the hearing court's finding.").

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.